

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2019

No. 04-19-00227-CV

**IN RE M.I.A., A CHILD**,
Appellant

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02030
The Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

This is an appeal from the termination of parental rights to minor children. Appellant has filed a brief that identifies minor children by name and discloses their dates of birth in the appendix. The Texas Rules of Appellate Procedure prohibit the filing of documents that disclose a minor's name or date of birth, and the rules require that such information be redacted before filing. *See* TEX. R. APP. P. 9.8(b)(1), 9.9(a)-(c).

We therefore strike appellant's brief and order that the brief and appendix, appropriately redacted, be refiled within 3 days of this order.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court